OPINION — AG — QUESTION: "DOES THE STATE TREASURER HAVE THE AUTHORITY TO PAY THE FOLLOWING DESCRIBED OUTSTANDING BONDS AND COUPONS WHEN PRESENTED TO THIS OFFICE FOR PAYMENT: (TEN $1,000 DENOMINATION) STATE OF OKLAHOMA GENERAL OBLIGATION FUNDING BONDS DATED DECEMBER 15, 1941 AND DUE JUNE 30, 1953?" — NEGATIVE CITE: 12 O.S. 1961 95 [12-95], 74 O.S. 1961 362 [74-362] (JAMES FUNSON)